

ORDERED in the Southern District of Florida on April 26, 2017.

Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

**In re:**  CASE NO.: 17-11298-BKC-RAM
**Jesus Martinez**  CHAPTER 13
**Luz Guadalupe Giron**
            **Debtor(s) /**

### ORDER SUSTAINING OBJECTION TO CLAIM # 2-1 OF SHEFFIELD FINANCIAL (DE 30).

THIS CASE came on to be heard on April 18, 2017 on the Debtors' Objection to Claim # 2-1 filed by Sheffield Financial (ECF# 30), and based upon the record, it is:

**ORDERED** as follows:

1. The Debtors' Objection to Claim # 2-1 is **SUSTAINED.**

2. That Claim # 2-1 is **ALLOWED**, but shall **NOT** receive any payments from the Chapter 13 Trustee, as this claim is being paid outside the Chapter 13 plan.

(###)

Submitted By:
**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor(s).
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855
        /s/  (FILED CM/ECF)
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992
Patrick L. Cordero, Esquire is directed to furnish a conformed copy of this order to all interested parties.